STATE OF NORTH CAROLINA v. ALAN YOUNG

No. 715SC51

(Filed 26 May 1971)

Larceny § 7— sufficiency of evidence

There was plenary evidence to support defendant's conviction of the felonious larceny of 34 men's suits having a value of $2,285.75.

APPEAL by defendant from *Cowper, Judge,* 8 June 1970 Session of Superior Court held in NEW HANOVER County.

Defendant, an indigent represented by court-appointed counsel, waived a bill of indictment and pleaded not guilty to the charge of felonious larceny set forth in an information signed by the solicitor. The jury found defendant guilty as charged, and from judgment of imprisonment for a term of three years, defendant appealed.

*Attorney General Robert Morgan by Staff Attorney James L. Blackburn for the State.*

*George H. Sperry for defendant appellant.*

PARKER, Judge.

Appellant's counsel states that he has carefully reviewed the record, but has been unable to find any prejudicial error therein. We have also examined the record and find no prejudicial error.

Defendant and his counsel signed a written waiver of indictment as G.S. 15-140.1 requires for trial upon an information. The information charged that defendant stole 34 men's suits

of a value of $2,285.75 from Ketteridge Suit Market by break-ing and entering. The State presented plenary evidence to support the charge. Police officers found defendant with the stolen suits at 3:00 a.m. in a station wagon parked near the side entrance to the premises which had been broken into and from which the suits had been removed without authority from the owner. Defendant testified, but apparently the jury did not accept his explanation.

In the trial and judgment appealed from we find

No error.

Chief Judge MALLARD and Judge VAUGHN concur.